# United States District Court

Southern _____ DISTRICT OF New York

49 WB, LLC

**SUMMONS IN A CIVIL CASE**

V.

VILLAGE OF HAVERSTRAW, VILLAGE OF HAVERSTRAW BOARD OF TRUSTEES, FRANCIS J. "BUD" WASSMER, FRANCISCO BATISTA, RAFAEL BUENO, MICHAEL KOHUT, EVELYN RODRIQUEZ. and JOHN DOE and

CASE NUMBER: JUDGE KARAS

08 CIV. 5784

TO: (Name and address of defendant)

VILLAGE OF HAVERSTRAW
40 MAIN STREET
HAVERSTRAW, NY 10927

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Feerick Lynch MacCartney, PLLC
By: J. David MacCartney
96 South Broadway
South Nyack, NY 10960

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*J. M. McMahon*
CLERK

*[signature]*
(BY) DEPUTY CLERK

DATE: JUN 26 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6/30/08 |
| NAME OF SERVER (PRINT)<br>Tim O'Connor | TITLE<br>Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Office of the Village Clerk by Beverly Swift, 40 Main St., Haverstraw NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/30/08
           Date

Signature of Server

143 Main St, Nyack NY
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.