# United States District Court

__Southern__ DISTRICT OF __New York__

49 WB, LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **JUDGE KARAS**

VILLAGE OF HAVERSTRAW, VILLAGE OF
HAVERSTRAW BOARD OF TRUSTEES,
FRANCIS J. "BUD" WASSMER, FRANCISCO
BATISTA, RAFAEL BUENO, MICHAEL KOHUT,
EVELYN RODRIQUEZ. and JOHN DOE and

**08 CIV. 5784**

TO: (Name and address of defendant)

FRANCISCO BATISTA
40 NEW MAIN STREET
HAVERSTRAW, NY 10927

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Feerick Lynch MacCartney, PLLC
By: J. David MacCartney
    96 South Broadway
    South Nyack, NY 10960

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      JUN 2 2008

_____                               _____
CLERK                                                   DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>6/30/08 2:45 pm |
| NAME OF SERVER (PRINT)<br>Tim O'Connor | TITLE<br>Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Office of the Village Clerk by Beverly Swift, Village of Haverstraw, 40 Main St. Haverstraw NY

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/30/08
                 Date

Signature of Server

143 Main Str. Nyack NY
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.